RUTH ELIN AUERBACH, SBN 104191
Attorney at Law
77 Van Ness Avenue, Suite 201
San Francisco, CA 94102
Tel: (415) 673-0560
Fax: (415) 673-0562
e-mail: attorneyruth@sbcglobal.net

Attorney for Plaintiff/Debtor,
KEYHAN MOHANNAMOHANNA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re )  Case No. 16-30388 HLB
)
KEYHAN MOHANNA, )  Chapter 11
)
          Debtor. )
)  Adversary Proceeding No.
_____ )
)
KEYHAN MOHANNA, )  **DECLARATION OF KEYHAN**
)  **MOHANNA IN SUPPORT OF**
          Plaintiff, )  **MOTION FOR TEMPORARY**
Vs. )  **RESTRAINING ORDER AND**
)  **PRELIMINARY INJUNCTION**
VENTURES TRUST 2013-I-H-R BY MCM )  **(11 U.S.C. §105**
CAPITAL PARTNERS, LLC, ITS TRUSTEE; )  **F.R.Bank.P. Rule 7065)**
BSI FINANCIAL SERVICES; )
)  Date: September 21, 2016
          Defendants. )  Time: 2:30 P.M.
)  Courtroom: 19, 16th Floor
)  Hon. Hannah L. Blumenstiel
)
_____ )

I, KEYHAN MOHANNA, declare that:

1. I am the Debtor in this Chapter 11 case.

2. I am the owner of real property commonly described as 1405 Greenwich Street, San Francisco, California, which consists of six residential units.

DECLARATION OF KEYHAN MOHANNA

1

Case: 16-03087    Doc# 2-1    Filed: 09/16/16    Entered: 09/16/16 13:52:25    Page 1 of 7

3. On or about August 18, 2005, Plaintiff obtained a loan from Countrywide Home Loans, Inc. ("Countrywide") in the amount of $704,000, which was secured by a first position deed of trust against my property commonly described as 1405 Greenwich Street, Unit #2, San Francisco, California, 94109, APN 0523-051 ("the Subject Property"), which deed of trust was recorded in the Official Records of the City & County of San Francisco, Instrument No. 2005-I019424-00 ("Deed of Trust"). Countrywide was subsequently acquired by Bank of America, N.A. Plaintiff is informed and believes and on that basis alleges that on or about November 17, 2014, Bank of America assigned the deed of trust to VENTURES. BSI has been acting as agent and servicer of the loan for VENTURES

4. I made regular payments on the Note until approximately March 2009 when I became aware that there had been violations of Federal and State Law by the lenders in connection with this and other loan transactions involving my property.

5. After being unable to obtain any decision from Wells Fargo, Chase and Bank of America after years of negotiation with respect to loan modification on various units at 1405 Greenwich Street, I was forced to file for Bankruptcy on March 1, 2010.

6. I diligently continued efforts to modify and get approval of my Reorganization Plan which would have allowed me to retain the property and pay creditors. Neither Bank of America nor Wells Fargo objected to the Plan, but HSBC did, and ultimately the case was converted to Chapter 7.

7. In May or June of 2012, the Chapter 7 Trustee abandoned the Property back to me.

8. Thereafter, I remained in daily contact with Bank of America, supplying the CEO Brian Moynihan's office & his escalation team, and their in-house counsel, with hundreds of documents. There was consistent communication between me and Bank

DECLARATION OF KEYHAN MOHANNA

2

Case: 16-03087    Doc# 2-1    Filed: 09/16/16    Entered: 09/16/16 13:52:25    Page 2 of 7

of America, and after lengthy review of the documents provided Bank of America, agreed to cancel all five loans on 1405 Greenwich Street, San Francisco.

9. Among the debts Bank of America agreed to cancel/forgive, was the debt which is the subject of this Complaint.

10. On January 21, 2014, Bank of America issued to me a 1099C evidencing the forgiveness of indebtedness, a true and correct copy of which is attached hereto as Exhibit "1". I paid taxes on this cancelled debt. However, before the lien release paperwork could be completed, Bank of America sold or otherwise transferred this debt to VENTURES, and BSI became the loan servicer.

11. Prior to the filing of my bankruptcy case, neither VENTURES nor BSI took any action to enforce payment of the note.

12. I have received a letter of intent to purchase the entire property, a true and correct copy of which is attached hereto as Exhibit "2". The offer is from Steven Greenberg, someone with whom I used to do business years ago. I have also received a number of inquiries from other persons interested in purchasing the property. Because of the numerous actions pending regarding the different units, I have not yet asked them to submit offers.

13. The sale of the property would generate sufficient funds to pay all claims, if they are determined to be valid, and provide equity for me to obtain a fresh start.

14. The activities of creditors seeking to foreclose and otherwise assert claims against me and the Property are significantly hindering my ability to reorganize and sell the Property. I cannot afford to hire attorneys to defend each of the actions.

15. I, as well as junior lienholders and unsecured creditors, will suffer irreparable harm unless this Court re-imposes the stay with respect to the property of the estate and/or grants a preliminary and permanent injunction preventing Plaintiff from proceeding with further action to assert any purported lien rights until this Court has an

DECLARATION OF KEYHAN MOHANNA

3

opportunity to determine the validity of the various liens, including this one, of record against The Property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at San Francisco, California, this 16th day of September 2016.

_____
KEYHAN MOHANNA

DECLARATION OF KEYHAN MOHANNA

4



**Bank of America Home Loans**

400 NATIONAL WAY
SIMI VALLEY, CA 93065-6298

Statement Date
01/21/2014

1 of 2

Account Number 111399333

**IMPORTANT TAX RETURN DOCUMENT ENCLOSED**

Property Address
1405 GREENWICH STREET, UNIT 2

KEYHAN MOHANNA
1405 GREENWICH ST APT 6
SAN FRANCISCO, CA 94109-0221

## Instructions for Debtor

You received this form because a Federal Government agency or an applicable financial entity (a lender) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at IRS.gov, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.
**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.
**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.
**Box 2.** Shows the amount of debt either actually or deemed discharged. **Note**, If you do not agree with the amount, contact your creditor.
**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.
**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.
**Box 6.** May show the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A-Bankruptcy; B-Other judicial debt relief; C-Statute of limitations or expiration of deficiency period; D-Foreclosure election; E-Debt relief from probate or similar proceeding; F-By agreement; G-Decision or policy to discontinue collection; H-Expiration of nonpayment testing period; or I-Other actual discharge before identifiable event.
**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.
**Future developments.** For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to *irs.gov/form1099c*.

☐ CORRECTED (if checked)   ☐ VOID (if checked)

| CREDITOR'S name, street address, city or town, province or state, country, ZIP, or foreign postal code, and telephone no.<br><br>BANK OF AMERICA, N.A.<br>400 NATIONAL WAY<br>SIMI VALLEY, CA 93065-6298<br>1-800-669-6607 | 1 Date of identifiable event<br>February 19, 2013 | OMB No. 1545-1424<br><br>**2013**<br><br>Form **1099-C** | **Cancellation of Debt** |
|---|---|---|---|
| | 2 Amount of debt discharged<br>774,936.84 | | |
| | 3 Interest included in box 2<br>0.00 | | |
| CREDITOR'S federal identification number<br>94-1687665 | DEBTOR'S identification number<br>XXX-XX-8912 | 4 Debt description<br><br>1405 GREENWICH STREET, UNIT 2<br>SAN FRANCISCO, CA 94109 | **Copy B**<br>**For Debtor** |
| DEBTOR'S name, Street address (including apt. no.), City or town, province or state, country, and ZIP or foreign postal code<br><br>KEYHAN MOHANNA<br>1405 GREENWICH ST APT 6<br>SAN FRANCISCO, CA 94109-0221 | | | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| | 5 If checked, the debtor was personally liable for repayment of the debt . . . . . . . . . . . ☐ | | |
| Account number (see instructions)<br>111399333 | 6 Identifiable event code<br>A | 7 Fair market value of property | |

Form **1099-C**   (keep for your records)   *irs.gov/form1099c*   Department of the Treasury - Internal Revenue Service

Case: 16-03087   Doc# 2-1   Filed: 09/16/16   Entered: 09/16/16 13:52:25   Page 5 of 7

## IMPORTANT TAX NOTICE — ACTION IS REQUIRED

**YOU SHOULD CONSULT WITH THE IRS OR YOUR TAX ADVISOR IF YOU HAVE ANY QUESTIONS. BANK OF AMERICA, N.A. DOES NOT OFFER TAX ADVICE.**

Please verify that we have your correct Debtor's Taxpayer Identification Number (TIN). Providing your correct TIN is very important. If the TIN is not correct, please provide us with the correct number immediately by writing to us at the address below or calling us at 1-800-669-6607. If you fail to provide us your correct TIN, you may be subject to a $50 penalty imposed by the IRS. <u>Note</u>: Please include your name and account number on all communications to us.

**BANK OF AMERICA, N.A.**
**400 NATIONAL WAY**
**SIMI VALLEY, CA 93065-6298**

## IMPORTANT NOTICE

IRS regulations require BANK OF AMERICA, N.A. to issue a Form 1099-C when debt has been forgiven, but for certain individuals, amounts in box 2 and/or box 3 might not be taxable under the terms of the Mortgage Forgiveness Debt Relief Act of 2007. Please consult your tax advisor to determine if this Act applies to your situation.

# Letter of Intent

The undersigned, KM INSTYLE Hospitality/Transportation Services, LLC, hereby submits this Letter of Intent to purchase 1405 Greenwich Street, Apts 1, 2, 3, 4, 5, and 6 subject to the following terms & conditions:

1) Purchase price shall be $5,000,500 all cash to Seller.

2) Buyer to obtain satisfactory financing and remove this condition within 15 days of court approval.

3) All customary due diligence periods to commence upon approval by the court.

4) Seller to complete soft story work, exterior painting (including substantial dry rot repair) at his expense prior to closing.

5) Conditioned upon Seller's ability to set aside the wrongful foreclosure of Apt. 1 and to obtain satisfactory lien releases from all engaged parties.

6) Buyer & Seller to pay customary and usual closing costs.

7) Contract to be drawn up by Seller's attorney for approval by Buyer's attorneys within 45 days of acceptance of this letter.

8) The Buyer may withdraw this Letter of Intent by giving Seller a 3 Day Notice, email acceptable.

Date 8/15/16    By: _____
                Buyer – KM INSTYLE Hospitality/Transportation Services

Date 8/15/16    By: _____
                Seller – KEYHAN MOHANNA