Form TRANSAP

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re:<br>Keyhan Mohanna<br>Debtor(s) | Case No.: 16–30388<br>Chapter: 11 |
| Plaintiff(s)<br>Keyhan Mohanna | Adversary Proceeding No. 16–03087 |
| vs. | |
| Ventures Trust 2013–I–H–R by MCM Capital Partners, LLC It's Trustee et al.<br>Defendant(s) | |

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on September 21, 2016 was filed on Sunday, October 16, 2016. The following deadlines apply:

The parties have Monday, October 24, 2016 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Monday, November 7, 2016.

If a request for redaction is filed, the redacted transcript is due Wednesday, November 16, 2016.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Tuesday, January 17, 2017, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Susan Palmer
Palmer Reporting Services
P.O. Box 30727
Stockton, CA 95213–0727

or you may view the document at the clerk's office public terminal.

Dated: 10/21/16

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court