# Notice Recipients

**Recipients of Notice of Electronic Filing:**

| aty | Erin M. McCartney | bankruptcy@zbslaw.com |
| aty | Ruth Elin Auerbach | attorneyruth@sbcglobal.net |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

Joshua Ryan Mino, Esq      Houser & Allsion, APC      9970 Research Drive      Irvine, CA 92618

TOTAL: 1