

Signed and Filed: March 15, 2017

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 16-30388 HLB |
| KEYHAN MOHANNA, | Chapter 11 |
| Debtor. | |
| KEYHAN MOHANNA, | |
| Plaintiff, | Adv. Proc. No. 16-03087 HLB |
| v. | |
| VENTURES TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS, LLC ITS TRUSTEE et al., | |
| Defendants. | |

**ORDER DISMISSING CASE FOR LACK OF JURISDICTION**

The instant adversary proceeding was commenced on September 16, 2016, on the Complaint filed by Debtor Keyhan Mohanna. On January 17, 2017, the Court entered a trial scheduling order setting a trial date of December 20, 2017.

On March 9, 2017, the Court dismissed the underlying bankruptcy case in which this adversary proceeding was filed. While bankruptcy courts are not automatically divested of jurisdiction over adversary proceedings when the main bankruptcy case has been dismissed, a bankruptcy court must exercise its jurisdiction with discretion in the interests of

economy, convenience, fairness, and comity.  See Carraher v. Morgan Elecs., Inc. (In re Carraher), 971 F.2d 327, 328 (9th Cir. 1992); see also Sea Hawk Seafoods, Inc. v. Alaska (In re Valdez Fisheries Dev. Assn., Inc.), 439 F.3d 545, 548 (9th Cir. 2006).

The facts of this case support dismissal.  Since the bankruptcy proceeding has been dismissed, there is no longer an estate for administration.  Plaintiff's claims could not have any effect on the Debtor's estate, and cannot be "related to" the underlying bankruptcy case.  Plaintiff asserts no claim or cause of action that would survive the dismissal of the underlying bankruptcy case or otherwise provide this Court with an alternate basis for exercising jurisdiction.  Upon a finding of lack of jurisdiction, the Court must dismiss the action.

Accordingly, this adversary proceeding is hereby **DISMISSED** for lack of jurisdiction.

**\*\*END OF ORDER\*\***

- 2 -
Case: 16-03087    Doc# 26    Filed: 03/15/17    Entered: 03/15/17 15:58:38    Page 2 of 3

## Court Service List

[None]